IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and SIERRA CLUB, | ) ) ) |
| *Petitioners*, | ) Case No. 23-1214 ) ) |
| v. | ) ) |
| UNITED STATES DEPARTMENT OF ENERGY, | ) ) ) |
| *Respondent*. | ) ) ) |

**PETITION FOR REVIEW**

Pursuant to 15 U.S.C. § 717r(b), Federal Rule of Appellate Procedure 15, and Circuit Rule 15, Center for Biological Diversity and Sierra Club hereby petition this Court for review of the U.S. Department of Energy's (DOE or "the Department") Order Affirming and Amending DOE/FE Order No. 3643-A Following Partial Grant of Rehearing, issued on April 13, 2023, for the Alaska LNG Project under Section 3 of the Natural Gas Act ("AK LNG Order"). DOE/FECM Order No. 3643-C.

On May 15, 2023, Petitioners timely sought rehearing of the AK LNG Order pursuant to 15 U.S.C. § 717r(a) and 10 C.F.R. § 590.501. On June 14, 2023, the Department issued an order in response to Petitioners' rehearing request ("Order Denying Rehearing"), affirming the AK LNG Order. DOE/FECM Order No. 3643-D.

Center for Biological Diversity and Sierra Club petition this Court for review of the Department's AK LNG Order and Order Denying Rehearing. *See* Attachments 1-2.

Respectfully submitted this 11th day of August, 2023,

>*s/ Erin Colón*
>Erin Colón
>EARTHJUSTICE
>441 W 5th Avenue Suite 301
>Anchorage, AK 99501
>T: 907.277.2500
>E: ecolon@earthjustice.org

*s/ Moneen Nasmith*

Moneen Nasmith
EARTHJUSTICE
48 Wall Street, 15th Floor
New York, NY 10005-2903
T: 212.845.7376
E: mnasmith@earthjustice.org

*s/ Ann Jaworski*

Ann Jaworski
EARTHJUSTICE
311 S. Wacker Dr., Suite 1400
Chicago, IL 60606
T: 773.245.0837
E: ajaworski@earthjustice.org

*Attorneys for Petitioner Center for Biological Diversity*

*s/ Jason C. Rylander*

Jason C. Rylander
CENTER FOR BIOLOGICAL DIVERSITY
1411 K St. NW, Suite 1300
Washington, D.C. 20005
T: 202.744.2244
E: jrylander@biologicaldiversity.org

*Attorney for Petitioner Center for Biological Diversity*

*s/ Nathan Matthews*

Nathan Matthews
SIERRA CLUB
2101 Webster Street, Suite 1300
Oakland, CA 94612
T: 415.977.5695
E: nathan.matthews@sierraclub.org

*Attorney for Petitioner Sierra Club*